O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-1965VAP (OPx)                          Date:  November 9, 2012

Title:   ROYAL & SUN ALLIANCE INSURANCE, PLC -v- RED HEAT LOGISTICS, INC., DIESEL DOCTOR, INC., and JUAN C. HERNANDEZ, d/b/a JCH TRUCKING
===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    Plaintiff Royal & Sun Alliance Insurance, PLC filed a Complaint against Defendants Red Heat Logistics, Inc. ("Red Heat"), Diesel Doctor, Inc. ("Diesel Doctor"), and Juan C. Hernandez d/b/a JCH Trucking ("JCH Trucking") on December 13, 2011 (Doc. No. 1).  Plaintiff filed a notice of dismissal against JCH Trucking on February 15, 2012 (Doc. No. 12).

    Plaintiff served process on Red Heat on December 30, 2011, and on Diesel Doctor on January 23, 2012.  (Doc. Nos. 8, 9.)  Neither Defendant has filed a responsive pleading, and no activity has occurred on the case since February 15, 2012.

**EDCV 11-1965VAP (OPx)**
**ROYAL & SUN ALLIANCE INSURANCE, PLC v. RED HEAT LOGISTICS, INC., DIESEL DOCTOR, INC., and JUAN C. HERNANDEZ, d/b/a JCH TRUCKING**
**MINUTE ORDER of November 9, 2012**

  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why its action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request for the Clerk of Court to enter default against Defendants within 10 days after the issuance of this Order. Failure to file a response will result in dismissal of Plaintiff's action against Defendants.

  **IT IS SO ORDERED.**